UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAD SOMO., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 3:18-cv-01124-CAB (BGS)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 10]** |

On September 26, 2018, in response to an order to cause [Doc. No. 8], Plaintiff filed a Motion for Entry of Default Judgment against Amad Somo, aka Mike Somo as an individual and as trustee of Nissou Family Trust; Khledh Nissou, aka Kelly Nissou, aka Khledh Somo, aka Khiledh, aka Kelly Somo, as an Individual and as a trustee of Nissou Family Trust ("Nissou'); and Campo Greens, a business entity whose form is unknown [Doc. No. 9].

On October 29, 2018, the parties filed a Joint Motion to Set Aside Default and Dismiss Case with Prejudice. [Doc. No. 10.] Having considered the parties' joint motion, the Clerk's entry of default is set aside and the Court **HEREBY DISMISSES WITH PREJUDICE** all complaints and claims in this action. Notwithstanding the parties' request to the contrary, the Court declines to retain jurisdiction to enforce the terms of the Settlement Agreement.

1 | The Clerk of Court shall terminate the case.

2 |     It is **SO ORDERED**.

3 | Dated: October 31, 2018

                                                                   Hon. Cathy Ann Bencivengo
United States District Judge